07-CV-05021-ORD

Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

IBEW 76 HEALTH & WELFARE TRUST OF
SOUTHWEST WASHINGTON, IBEW 76
ANNUITY PLAN, JOINT APPRENTICESHIP
TRAINING COMMITTEE, IBEW PACIFIC
COAST PENSION FUND AND NATIONAL
ELECTRICAL BENEFIT FUND,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS UNION LOCAL
NO. 76,

   Plaintiffs,

vs.

ADVANCED SYSTEMS INTEGRATIONS,
INC., a Washington corporation,

   Defendant.

CAUSE NO.: CV07-5021 RBL

ORDER OF DEFAULT
(PROPOSED)

Pursuant to Plaintiff IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund, International Brotherhood of Electrical Workers Union Local No. 76,'s Motion for an entry of an Order of Default against Defendant Advanced Systems Integrations, Inc., a Washington corporation,, and the Court having

ORDER OF DEFAULT – CASE NO. C07-5021 RBL - PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  considered the pleadings on file, including the Declaration of Service and being otherwise

2  generally advised, it is hereby

3  **ORDERED** that more than twenty days have elapsed since the date of service of

4  Plaintiff Trust Funds' Complaint and the Defendant has failed to appear, answer or defend this

5  action within the time provided by law, and therefore, Defendant Advanced Systems

6  Integrations, Inc., a Washington corporation, is in Default.

7  DATED this ____ day of ~~April~~ May 2007.

8

9

10  _____
   U.S. District Court
   Deputy Clerk

11  Presented by:

12

13  s/Robert A. Bohrer
   WSBA #5050
   Ekman, Bohrer & Thulin, P.S.
14  220 W. Mercer, Ste. 400
   Seattle, WA 98119
15  Telephone: (206) 282-8221
   Fax: (206) 285-4587
16  E-mail: r.bohrer@ekmanbohrer.com
   Attorney for Plaintiffs
17

BRUCE RIFKIN
CLERK

18

19

20

21

22

23

24

S:\Collections\IBEW76-3376\Pleadings\2007\Advanced Sys Integrations 3376 USDC Default Order.doc

25

ORDER OF DEFAULT
CAUSE NO.CV07-5021 RBL- PAGE 2 of 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587